DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

J.R.,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D22-3946

_____

February 23, 2024

Appeal from the Circuit Court for Hillsborough County; Lawrence M. Lefler, Judge.

Howard L. Dimmig, II, Public Defender, and Kevin Briggs, Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Elba Caridad Martin, Senior Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

J.R. appeals an order adjudicating him delinquent of nine offenses. We agree, and the State concedes, that there was insufficient evidence to prove the value necessary for first-degree petit theft. *See* § 812.014(2)(e), Fla. Stat. (2022). Accordingly, we reverse the adjudication of delinquency for first-degree petit theft and remand for the trial court to adjudicate

J.R. guilty of second-degree petit theft. *See* § 812.014(3)(a). We affirm the remaining adjudications of guilt.

Affirmed in part, reversed in part, and remanded.

NORTHCUTT, MORRIS, and LABRIT, JJ., Concur.

——————————————

Opinion subject to revision prior to official publication.